IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA M. CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; BERT MILLER, individually and in his capacity as an officer of the City of Omaha Police Department; and COREY M. GORDEN, individually and in his capacity as an officer of the City of Omaha Police Department;<br><br>    Defendants. | 8:16CV389<br><br>ORDER |

On January 9, 2017, the Court entered an order (Filing No. 14) which required the parties to participate in a telephonic status conference on March 14, 2017. Plaintiff has not complied, and has not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED that Plaintiff Carter is given until April 13, 2017 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims without further notice.

Dated this 14th day of March, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge