IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA M. CARTER, | |
| Plaintiff, | **8:16CV389** |
| vs. | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; BERT MILLER, individually and in his capacity as an officer of the City of Omaha Police Department; and COREY M. GORDEN, individually and in his capacity as an officer of the City of Omaha Police Department; | **ORDER** |
| Defendants. | |

Plaintiff's counsel has moved to withdraw, but she has failed to provide the court with Plaintiff's address for receiving future correspondence and orders from the court.

Accordingly,

IT IS ORDERED that the motion to withdraw, (Filing No. 17), is denied without prejudice to re-filing with Plaintiff's contact information.

March 16, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge