IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA M. CARTER,<br><br>                  Plaintiff,<br><br>      vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; BERT MILLER, individually and in his capacity as an officer of the City of Omaha Police Department; and COREY M. GORDEN, individually and in his capacity as an officer of the City of Omaha Police Department;<br><br>                  Defendants. | **8:16CV389**<br><br><br>**ORDER** |

IT IS ORDERED:

1)    The motion to withdraw filed by Sheri Long Cotton, as counsel of record for Plaintiff (Filing No. 19), is granted.

2)    On or before April 14, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so will result in a dismissal of Plaintiff's claims without further notice.

3)    The clerk shall mail a copy of this order to Plaintiff at:

   Kristina Carter
   955 North 28th Ave
   Omaha Nebraska 68131

March 23, 2017.

                                        BY THE COURT:
                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge