IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA M. CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; BERT MILLER, individually and in his capacity as an officer of the City of Omaha Police Department; and COREY M. GORDEN, individually and in his capacity as an officer of the City of Omaha Police Department;<br><br>Defendants. | **8:16CV389**<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's motion for additional time to locate an attorney, or to notify the court of her intent to proceed without counsel, (Filing No. 21), is granted.

2) On or before May 15, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so will result in a dismissal of Plaintiff's claims without further notice.

April 13, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge