IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA M. CARTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; et. al;<br><br>　　　　　　Defendants. | 8:16CV389<br><br>ORDER |

On the parties' motion, (Filing No. 24), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on February 20, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on February 6, 2018 at 1:00 p.m., and will be conducted in the chambers for the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 5, 2018.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 28, 2017. Motions to compel Rule 33 through 36 discovery must be filed by September 11, 2017.

> **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is September 29, 2017.

5) The deadline for filing motions to dismiss and motions for summary judgment is October 27, 2017.[1]

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 27, 2017.

June 23, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.