IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KRISTINA M. CARTER, | |
|---|---|
| Plaintiff, | 8:16CV389 |
| vs. | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; BERT MILLER, individually and in his capacity as an officer of the City of Omaha Police Department; and COREY M. GORDEN, individually and in his capacity as an officer of the City of Omaha Police Department; | ORDER |
| Defendants. | |

On June 28, 2017 Plaintiff Kristina Carter filed an additional Rule 26(f) Report in this case. (Filing No. 26). The Report was not filed jointly by the parties and to the extent the Report seeks to amend the current progression deadlines, the defendants oppose any extension.

IT IS ORDERED:

1) Liberally construing Plaintiff's Rule 26(f) Report, (see Filing No. 26). as a motion to extend, the motion is denied.

Dated this 7th day of August, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge